# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIERDRE JACQUOT, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> SUNSET SQUARE, a General Partnership, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-00953-LJO-EPG <br><br> **ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT SUNSET SQUARE** <br><br> (ECF No. 7) |

On September 13, 2017, Plaintiffs filed a notice of voluntary dismissal of their claims against Defendant Sunset Square. (ECF No. 7.) Thus, the claims against Defendant Sunset Square have been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and dismissed without prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a) (1).").

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Sunset Square on the docket.

IT IS SO ORDERED.

Dated: **September 14, 2017**         /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE

1