# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIERDRE JACQUOT, et al., | Case No. 1:17-cv-00953-LJO-EPG |
| Plaintiffs, | ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| v | |
| PACK AND SHIP PROS OF FRESNO, et al., | SEVEN-DAY DEADLINE |
| Defendants. | |

This action was filed on July 18, 2017. On November 29, 2017, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1.      All pending matters and dates in this action are VACATED; and

2.      Dispositional documents shall be filed within seven (7) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **November 29, 2017**

UNITED STATES MAGISTRATE JUDGE

1