# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIERDRE JACQUOT, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> PACK AND SHIP PROS OF FRESNO, *et al.*, <br><br> Defendants. | Case No.: 1:17-cv-00953-LJO-EPG <br><br> **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** <br><br> (ECF No. 21) |

On November 30, 2017, Plaintiffs filed a notice of voluntary dismissal. (ECF No. 21.) Thus, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **November 30, 2017**                /s/ Erica P. Grosjean
                                                                                UNITED STATES MAGISTRATE JUDGE

1